NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

CHANTAL R. JENKINS, PASBN 307531
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
E-Mail: chantal.jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES C. BUTCHER, | Case No.: 2:20-cv-00875-BNW |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE REGARDING PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORD** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, provides notice to the Court and Plaintiff that an electronic copy of the certified administrative record (e-CAR) has been prepared and can now be filed in this matter. However, the Commissioner advises the Court that, at this time, the Office of Appellate Operations (OAO) is not working at full capacity at its official worksite in Falls Church, Virginia. A limited number of staff is now permitted to physically enter the office to work on a very limited basis. While the e-CAR has been prepared, OAO is still unable to provide CD and hard copies of the CAR—which has typically been required in this Court—with any regularity, given the limited staff and overall volume of cases.

While the Commissioner typically files the e-CAR under seal, as required by the Court, this filing is only accessible to the Court and not by the parties through CM/ECF. However, it is Defendant's counsel's understanding that a new event has been added to CM/ECF which will allow the Commissioner to file the e-CAR under seal and all case participants will have access to the e-CAR. Accordingly, the Commissioner requests that he be permitted to file the e-CAR under seal using this new event ("Certified Administrative Record under seal") and be relieved of the requirement of preparing CD/hard copies of the CAR. This will allow Plaintiff to access the e-CAR through CM/ECF and for the case to move forward without delay.

If the Court does not wish to relieve Defendant of the requirement to prepare CD/hard copies of the CAR, the Commissioner sees no other option than to wait until OAO regains the capacity to provide these additional copies of the CAR, which may possibly require seeking another extension upon the expiration of the current extension, which requires that the Commissioner file the CAR by December 29, 2020. Defendant, however, is ready and able to move forward at this time by filing the e-CAR under seal on CM/ECF.

Def.'s Notice re CAR; No. 2:20-cv-00875-BNW          1

| | |
|---|---|
| Dated: November 16, 2020 | Respectfully submitted, |
| | NICHOLAS A. TRUTANICH<br>United States Attorney |
| | /s/ *Allison J. Cheung*<br>ALLISON J. CHEUNG<br>Special Assistant United States Attorney |

The Court will permit defendant to file the e-CAR under seal using this new event ("Certified Administrative Record under seal"). However, the Court instructs defendant that in the future a request for court action must be styled as a motion, not a notice.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2020