Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Avenue
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James C. Butcher, | )<br>) |
| Plaintiff, | ) CASE NO. 2:20-CV-00875-BNW<br>) |
| v. | )<br>) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| ANDREW SAUL, | ) **PLAINTIFF'S BRIEF;** |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

Plaintiff, James C. Butcher, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a fifty-three day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed December 31, 2020.

Due to multiple simultaneous filing deadlines, attorney vacations during the holiday season and the large record size (about 1,200 pages), the assigned attorney us unable to prepare the opening brief by the December 31, 2020 filing date. Wherefore, Plaintiff requests an extension from December 31, 2020 up to and including February 22, 2021 to file his brief.

1

...
...

Counsel for the Plaintiff has conferred with defendant's counsel who kindly doesn't object to this request.

Dated this 23rd day of December, 2020.

                Respectfully submitted,

                */s/Hal Taylor*
                Hal Taylor, Esq.
                Of Counsel, Olinsky Law Group
                NV Bar No.: 4399
                223 Marsh Ave.
                Reno, NV 89509
                Tel: (775) 825-2223
                Fax: (775) 329-1113
                HalTaylorLawyer@GBIS.com

## ORDER

IT IS ORDERED that on the basis of good cause, plaintiff's motion is GRANTED in part and DENIED in part. The deadline for plaintiff's opening brief is extended up to and including February 1, 2021.

**IT IS SO ORDERED**

**DATED:** 12:43 pm, December 29, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2