1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada

3  Geralyn Gulseth, CSBN 160872
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8923
   Facsimile: (415) 977-8915
6  E-Mail: Geralyn.Gulseth@ssa.gov

7  Attorneys for Defendant

8

9

10                 **UNITED STATES DISTRICT COURT**

11                      **DISTRICT OF NEVADA**

12 | James C. Butcher,              )
13 |         Plaintiff,             )  Case No.: 2:20-CV-00875-BNW
                                    )
14 |    vs.                         )  **UNOPPOSED MOTION FOR**
                                    )  **EXTENSION OF TIME**
15 | ANDREW SAUL,                   )  **(DEFENDANT'S FIRST REQUEST)**
     Commissioner of Social Security,)
16 |                                )
           Defendant.               )
17 |_____    )

18

19

20

21

22

23

24

25

26

Defendant, Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand by two weeks from March 3, 2021 to March 17, 2021. After Plaintiff filed his brief, the case was re-assigned and Defendant's new counsel needs additional time to review and respond to Plaintiff's brief.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Counsel for Defendant contacted Plaintiff's counsel via telephone and email on March 1, and Plaintiff's counsel is amenable to the change.

Respectfully submitted this 2nd day of March 2021.

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Geralyn Gulseth*
GERALYN GULSETH
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE


DATED: 3/5/2021