CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

Geralyn Gulseth, CSBN 160872
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8923
Facsimile: (415) 977-8915
E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES C. BUTCHER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:20-CV-00875-BNW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence. The Appeals Council will instruct

the ALJ to take further action as warranted to complete the administrative record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 17, 2021                     Respectfully submitted,


                                          */s/ Hal Taylor*
                                          HAL TAYLOR
                                          (*as authorized via email on March 17, 2021)
                                          Attorney for Plaintiff


Dated: March 17, 2021                     Respectfully submitted,

                                          CHRISTOPHER CHIOU
                                          Acting United States Attorney

                                          */s/ Geralyn Gulseth*
                                          GERALYN GULSETH
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

Of Counsel to Defendant
Bacilio Mendez II, CSBN 332719
Assistant Regional Counsel
Social Security Administration
E-Mail: Bacilio.Mendez@ssa.gov

## ORDER

IT IS ORDERED that the parties' stipulation is GRANTED.

IT IS FURTHER ORDERED that ECF No. 23 is DENIED as moot.

**IT IS SO ORDERED**

**DATED:** 10:59 am, March 19, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**